UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

VECTOR CAPITAL CORP

                    Plaintiff(s),

   - against -

NESS TECHNOLOGIES, INC

                    Defendant(s).

------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-8-11
```

11 Civ. 6259 (PKC)

ORDER FOLLOWING
PRETRIAL CONFERENCE

    As result of a pretrial conference held before the Court today, the following is ORDERED:

1. Plaintiff has been offered the opportunity to amend but has declined. This will be taken into account in any further request to replead.

2. By November 23, 2011, defendant may, if it chooses, move to dismiss. Plaintiff shall respond by December 12, 2011. Defendant may reply by December 30, 2011.

3. Based upon the discussion at the pretrial conference, discovery will not be stayed.

4.

5.

6. The next Case Management Conference [the Final Pretrial Conference] will be held on _____ at _____ am/pm.  Any conference scheduled for a date prior thereto is adjourned.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated:   New York, New York
         11-8-11